No. 935. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* CERTAIN CARRIERS REPRESENTED BY THE EASTERN, WESTERN, & SOUTHEASTERN CARRIERS' CONFERENCE COMMITTEES ET AL.; and

No. 1007. BROTHERHOOD OF LOCOMOTIVE ENGINEERS *v.* CERTAIN CARRIERS REPRESENTED BY THE EASTERN, WESTERN, & SOUTHEASTERN CARRIERS' CONFERENCE COMMITTEES ET AL. Motion of Transport Workers Union of America, AFL–CIO, for leave to file a brief, as *amicus curiae,* granted. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion or these petitions. *Lester P. Schoene, Milton Kramer, Harold C. Heiss, Edward B. Henslee, Jr.* and *Ruth Weyand* for petitioners in No. 935. *Max Malin* and *Ruth Weyand* for petitioner in No. 1007. *Francis M. Shea, William H. Dempsey, Jr.* and *Richard J. Flynn* for respondent carriers in both cases. *Solicitor General Cox, Assistant Attorney General Douglas, J. William Doolittle* and *David L. Rose* for the United States et al., respondents in both cases. *Paul O'Dwyer* and *Howard N. Meyer* for Transport Workers Union of America, AFL–CIO, as *amicus curiae,* in support of the petitions. Reported below: —— U. S. App. D. C. ——, 331 F. 2d 1020.

No. 1154, Misc. EX PARTE OPPENHEIMER. Supreme Court of California. Certiorari denied.

No. 887, Misc. LAWRENSON *v.* ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondent.